# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Francisco Javier Solano Sanchez,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-mj-821<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>October 7</u>, <u>2025</u>, at <u>10:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>JOHN D. EARLY</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: October 6, 2025

U.S. ~~District Judge~~/Magistrate Judge
JOHN D. EARLY